ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Sansome Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al., <br><br> Plaintiffs, <br><br> vs. <br> DWAYNE NASH INDUSTRIES, INC., a California corporation, doing business as KODIAK ROOFING & WATERPROOFING CO., and KODIAK ROOFING & WATERPROOFING CO.; KODIAK ROOFING & WATERPROOFING CO., a corporation <br><br> Defendant. | NO. C 06 5645 SC <br><br> STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |

     The parties have agreed that mediation is appropriate in this case, the Court ordered mediation on December 20, 2006, and it would be a waste of the Court's time to hold a conference before the mediation takes place.

     IT IS STIPULATED that the Case Management Conference be continued from January 12, 2007 to April 20, 2007 at 10:00 a.m. in Courtroom 1, 450 Golden Gate Avenue, San Francisco.

////

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE      1

| | | |
|---|---|---|
| 1 | Date: January 2, 2007 | ERSKINE & TULLEY |
| 2 | | A PROFESSIONAL CORPORATION |
| 3 | | By: _____ |
| 4 | | Michael J. Carroll |
| | | Attorneys for Plaintiffs |
| 5 | Date: January 3, 2007 | SIMPSON, GARRITY, INNES |
| 6 | | |
| 7 | | By: _____ |
| | | Paul V. Simpson |
| | | Attorneys for Defendant |

8
9  ORDER

10  IT IS TO ORDERED

Hon. _____ Conti

**IT IS SO ORDERED**
*[signature]*
Judge Samuel Conti

[United States District Court, Northern District of California seal]