```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>DWAYNE NASH INDUSTRIES, et al.<br><br>　　　　　　　Defendants. | NO. C 06 5645 SC<br><br><br><br>STIPULATION FOR <u>DISMISSAL; ORDER</u> |

　　　It is hereby stipulated between the parties that the above entitled action be dismissed with prejudice.

Dated: April 4, 2007　　　　ERSKINE & TULLEY

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Michael J. Carroll
　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

Dated: April 5, 2007　　　　SIMPSON, GARRITY & INNES

　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Paul V. Simpson
　　　　　　　　　　　　　　　　Attorney for Defendants

IT IS SO ORDERED
Judge Samuel Conti
4-17-07

STIPULATION FOR DISMISSAL; ORDER
1

O R D E R

It is so ordered.

Dated: _____    _____
                             Honorable Samuel Conti

STIPULATION FOR DISMISSAL; ORDER
2